[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-15492
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 14, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:07-cr-00055-ACC-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALONZIA MARQUES CONTRELL PHILLIPS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 14, 2011)

Before TJOFLAT, EDMONDSON and BLACK, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Alonzia Contrell Phillips in this

appeal, has moved to withdraw from further representation of the appellant and

has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Phillips's convictions and sentences are **AFFIRMED**.